# Exhibit B

**U.S. Department of Homeland Security**

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act:

Subject ID:359515653

FINS #:1234418095

DOB: 01/03/2001

File No: A213 139 658

Event No:RGC1709000477

In the Matter of:

Respondent: ROLMAN ROBERTO GARCIA-XICAY _____ currently residing at:

_____

(Number, street, city and ZIP code)　　　　(Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of GUATEMALA and a citizen of GUATEMALA ;
3. You arrived in the United States at or near ROMA, TEXAS, on or about September 28, 2017;
4. You were not then admitted or paroled after inspection by an Immigration Officer.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:
212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:　☐8CFR 208.30(f)(2)　☐8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
TO BE DETERMINED

_____
(Complete Address of Immigration Court, including Room Number, if any)

on a date to be set at a time to be set to show why you should not be removed from the United States based on the

(Date)　　　(Time)

charge(s) set forth above.　　CHRISTOPHER OTT　　ACTING PATROL AGENT IN CHARGE

(Signature and Title of Issuing Officer)

Date: September 29, 2017　　MCALLEN, TEXAS

(City and State)

See reverse for important information

Form I-862 (Rev. 08/01/07) N

## Notice to Respondent

**Warning: Any statement you make may be used against you in removal proceedings.**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents, which you desire to have considered in connection with your case. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or removable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear of any relief from removal for which you may appear eligible including the privilege of departure voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the DHS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the DHS.

**Mandatory Duty to Surrender for Removal:** If you become subject to a final order of removal, you must surrender for removal to one of the offices listed in 8 CFR 241.16(a). Specific addresses on locations for surrender can be obtained from your local DHS office or over the internet at http://www.ice.gov/about/dro/contact.htm. You must surrender within 30 days from the date the order becomes administratively final, unless you obtain an order from a Federal court, immigration court, or the Board of Immigration Appeals staying execution of the removal order. Immigration regulations at 8 CFR 241.1 define when the removal order becomes administratively final. If you are granted voluntary departure and fail to depart the United States as required, fail to post a bond in connection with voluntary departure, or fail to comply with any other condition or term in connection with voluntary departure, you must surrender for removal on the next business day thereafter. If you do not surrender for removal as required, you will be ineligible for all forms of discretionary relief for as long as you remain in the United States and for ten years after departure or removal. This means you will be ineligible for asylum, cancellation of removal, voluntary departure, adjustment of status, change of nonimmigrant status, registry, and related waivers for this period. If you do not surrender for removal as required, you may also be criminally prosecuted under section 243 of the Act.

## Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to a 10-day period prior to appearing before an immigration judge.

Before: _____

_____
*(Signature of Respondent)*

_____
*(Signature and Title of Immigration Officer)*

Date: _____

---

**Certificate of Service**

This Notice To Appear was served on the respondent by me on <u>**September 29, 2017**</u>, in the following manner and in compliance with section 239(a)(1)(F) of the Act.

[X] in person      [ ] by certified mail, returned receipt requested      [ ] by regular mail

[ ] Attached is a credible fear worksheet.

[X] Attached is a list of organizations and attorneys which provide free legal services.

The alien was provided oral notice in the _____**SPANISH**_____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

Subject Refused to

*(Signature of Respondent if Personally Served)*

SERGIO DE LA GARZA      Border Patrol Agent

*(Signature and Title of officer)*

Form I-862 Page 2 (Rev. 08/01/07) N

DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name:  ROLMAN ROBERTO GARCIA-XICAY

A-File Number: A213 139 658

Date: 09/29/2017

Event ID: RGC1709000477    Subject ID: 359515653    FIN: 1234418095

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☒ Detained by the Department of Homeland Security.

☐ Released (check all that apply):

  ☐ Under bond in the amount of $ _____

  ☐ On your own recognizance.

  ☐ Under other conditions. [Additional document(s) will be provided.]

CHRISTOPHER OTT
Name and Signature of Authorized Officer

09/29/2017 2232
Date and Time of Custody Determination

ACTING PATROL AGENT IN CHARGE
Title

MCALLEN, TEXAS
Office Location/Address

---

You may request a review of this custody determination by an immigration judge.

  ☒ I acknowledge receipt of this notification, and

    ☒ I **do** request an immigration judge review of this custody determination.

    ☐ I **do not** request an immigration judge review of this custody determination.

Subject Refused to sign. Witnessed by:

Signature of Alien

Sep 28, 2017
Date

---

The contents of this notice were read to ROLMAN ROBERTO GARCIA-XICAY in the SPANISH language.
(Name of Alien)                            (Name of Language)

SERGIO DE LA GARZA
Name and Signature of Officer

SERGIO DE LA GARZA
Name or Number of Interpreter (if applicable)

Border Patrol Agent
Title

DHS Form I-286 (1/14)

U.S. Department of Homeland Security

# Warrant for Arrest of Alien

File No. **A213 139 658**
Event No:RGC1709000477
Date: **September 29, 2017**

FINS #:1234418095

**To any officer delegated authority pursuant to Section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:
ROLMAN ROBERTO GARCIA-XICAY

_____
(Full name of alien)

an alien who entered the United States at or near _____ROMA, TEXAS_____ on
                                                        (Port)

__September 28, 2017__ is within the country in violation of the immigration laws and is
        (Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

_____
(Signature of Designated Immigration Officer)
CHRISTOPHER OTT

_____
(Print name of Designated Immigration Officer)

ACTING PATROL AGENT IN CHARGE

_____
(Title)

---

## Certificate of Service

                        MCALLEN, TEXAS
Served by me at _____ on __September 29, 2017__ at ____10:32 PM____ .
I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

_____
SERGIO DE LA GARZA
(Signature of officer serving warrant)

BORDER PATROL AGENT
_____
(Title of officer serving warrant)

Form I-200 (Rev. 08/01/07) N