**The Law Offices of Michael Z. Goldman**
**100 Church Street, Suite 800**
**New York, NY 10007**
**(212) 901-3799**
**(646) 247-0012**
**michael@mzglaw.com**

March 30, 2026

*By ECF*

The Honorable Sanket J. Bulsara
Alfonse M. D'Amato United States Courthouse
100 Federal Plaza, Courtroom 930
Central Islip, NY 11722

Re: *Garcia Xicay v. Leeper*, 26-cv-01833 (SJB), *Request for Adjournment*

Dear Honorable Judge Bulsara:

This Office represents Petitioner in this matter.

We first thank the Court for its prompt attention to this matter.

Counsel for Petitioner, however, is travelling this week and will not be available for an *in person* appearance until the week of Monday, April 6, 2026.

Counsel for Petitioner could appear via video/zoom/teams/webex this week, on either Wednesday, April 1, 2026, or Thursday, April 2, 2026.

Respectfully submitted,

/s/ Michael Goldman_____
The Law Offices of Michael Z. Goldman
100 Church St., Suite 800
New York, NY 10007
212 901-3799
michael@mzglaw.com

*Attorney for the Petitioner*