

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

March 31, 2026

Honorable Sanket J. Bulsara
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Rolman Roberto Garcia Xicay v. Leeper, et. al.*, No. 26-cv-1833 (SJB)

Dear Judge Bulsara:

This Office represents Judith Almodovar, in her official capacity as Acting New York Field Officer Director, U.S. Immigration and Customs Enforcement ("ICE"); Todd M. Lyons, in his official capacity as Acting Director of ICE and Pamela Bondi, in her official capacity as Attorney general, U.S. Department of Justice ("Federal Respondents")[1] in the above-captioned case in which Petitioner Rolman Roberto Garcia Xicay ("Petitioner") filed a petition for a writ of habeas corpus on March 27, 2026 challenging his detention by ICE. *See* Docket Entry ("DE") No. 1 (the "Petition"). Federal Respondents respectfully submit this letter in response to the Court's Order, dated March 30, 2026, directing them to inform the Court whether it would be easier for the proceeding scheduled to take place tomorrow, April 1, 2026, at 10 a.m. (the "April 1 Proceeding") to be held entirely via Zoom.

Due to limited teleconferencing capabilities at 26 Federal Plaza, where Petitioner is currently being held, Federal Respondents respectfully request that the April 1 Proceeding proceed in person in part. ICE will make arrangements to produce Petitioner for the hearing, and the undersigned will appear in person as well. The undersigned has been informed by counsel for Petitioner that Petitioner's counsel, Petitioner's suretor, and Petitioner's translator will be appearing over zoom.

Federal Respondents thank the Court for its attention to this submission.

---

[1] This office does not represent the fourth respondent, Bill Leeper, in his official capacity of Sheriff of Nassau County Correctional Center.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:  /s/ *Marika M. Lyons*
Marika M. Lyons
Assistant United States Attorney
(631) 715-7822
Marika.lyons@usdoj.gov

cc:  By ECF
Michael Z. Goldman, *Counsel for Petitioner*