**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ROLMAN ROBERTO GARCIA XICAY,

Petitioner,

- against -

BILL LEEPER, et al.,

Respondents.
----------------------------------------------------------X

**JUDGMENT FOR ATTORNEYS' FEES**
CV 26-1833 (SJB)

An Order of the Honorable Nusrat J. Choudhury, United States District Judge, having been filed on October 16, 2026, granting Petitioner's motion to EAJA fees; awarding Petitioner $5,255.41 in attorneys' fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412; and directing the Clerk of Court to enter judgment in favor of Petitioner and close this case, it is

**ORDERED AND ADJUDGED** that Petitioner's motion for EAJA fees is granted; that Petitioner Rolman Roberto Garcia Xicay is awarded $5,255.41 in attorneys' fees against Defendants' Bill Leeper, Judith Almodovar, Todd M. Lyons, and Pamela Bondi; and that this case is closed.

Dated: October 20, 2026
Central Islip, New York

BRENNA B. MAHONEY
CLERK OF COURT

By: /s/ Jazmin Cubano
Deputy Clerk